# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. CV 19-1016-DOC                                              Date: August 14, 2019

Title: IN RE IVAN RENE MOORE, DEBTOR

---

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | None |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                                     None Present

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

---

On July 9, 2019 the Court issued a Notice Re Bankruptcy Record Complete (dkt. #13). Appellant was ordered to file his opening brief no later than August 8, 2019. To date, and despite the expiration of designated time within which to do so, the Appellant has not filed an opening brief.

Accordingly, Appellant is hereby ordered to show cause in writing, on or before **August 23, 2019** why this appeal should not be dismissed for lack of prosecution and failure to comply with the Court's order. Failure of Appellant to make an adequate and/or timely response to this Order will result in the dismissal of the appeal.

cc Bankruptcy Court and BAP

                                                                                      :    00

Initials of Clerk    djl